UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DETLEF KREHER, | No.  CIV. S-14-962 LKK/EFB |
| Plaintiff, | |
| v. | **ORDER** |
| YUBA COUNTY SUPERIOR COURT; COUNTY OF YUBA; THIRD DISTRICT COURT OF APPEAL OF THE STATE OF CALIFORNIA; ALANA ADAMS and DOES 1 to 100, | |
| Defendants. | |

This matter is set for status conference on June 23, 2014 at 2:30 p.m.  Defendants have filed motions to dismiss which are set for hearing on this court's July 7, 2014 law and motion calendar.

Good cause appearing, IT IS HEREBY ORDERED that the initial status conference set for June 23, 2014 at 2:30 p.m. is vacated and will be reset, as appropriate, following resolution of defendants' motions to dismiss.

DATED:  June 19, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1